UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SHAWN YOUNG,

                              Plaintiff,

              -against-

THE CITY OF NEW YORK, LIEUTENANT MARK
LAROCCA, SERGEANT FLAVIO RODRIGUEZ, shield
#806, POLICE OFFICER ANGELICA SALMERON
shield #07116, POLICE OFFICERS JOHN/JANE DOE(S)
28th precinct,

                           Defendants.

------------------------------------------------------------------- x

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

10 Civ. 1701 (RMB)(THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/10

Upon motion of Maurice L. Hudson, attorney for defendants the City of New York, Mark Larocca, Flavio Rodriguez, and Angelica Salmeron, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT:

    Applicant's Name:    Adam W. Deitch
    Firm Name:    New York City Law Department
                               Office of the Corporation Counsel
    Address:    100 Church Street
    City/State/Zip:    New York, NY 10007
    Telephone/Fax:    212-374-3431 / 212-788-9776

is admitted to practice pro hac vice as counsel for the City of New York, Mark Larocca, Flavio Rodriguez, and Angelica Salmeron in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    November 15 2010
City, State:    New York, NY

                                                        RMB
                                                  United States District Judge